NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA

COURT OF APPEAL, THIRD CIRCUIT

03-1399


MYRTIS GARNER

VERSUS

BROOKSHIRE BROTHERS, LTD.


**********
APPEAL FROM THE
ELEVENTH JUDICIAL DISTRICT COURT
PARISH OF SABINE, NO. 53,159
HONORABLE STEPHEN B. BEASLEY, DISTRICT JUDGE
**********

GLENN B. GREMILLION
JUDGE

**********

Court composed of Glenn B. Gremillion, Billy Howard Ezell, and *Arthur J. Planchard, Judges.

* Honorable Arthur J. Planchard, Retired, participated in this decision by appointment of the Louisiana Supreme Court as *Judge Pro Tempore.*

AFFIRMED.


George A. Flournoy
Flournoy, Doggett & Losavio
P. O. Box 1270
Alexandria, LA 71309-1270
(318) 487-9858
Counsel for Plaintiff/Appellant/Appellee
    Myrtis Garner

**Van C. Seneca**
**P. O. Box 3747**
**Lake Charles, LA 70602-3747**
**(337) 439-1233**
**Counsel for Defendant/Appellant**
**Brookshire Brothers, Ltd.**